# Court of Appeals
# of the State of Georgia

ATLANTA,_February 01, 2013_

*The Court of Appeals hereby passes the following order:*

## A12A1855. HOLLIS v. THE STATE.

In June 2011, Willie James Hollis was represented by counsel and entered a blind plea of guilty to two counts of aggravated assault and one count of false imprisonment. After questioning Hollis, the trial court found the plea was freely, voluntarily, and knowingly made, without undue influence, compulsion or duress and accepted it. The State summarized the facts it would have presented at trial, which were that Hollis shot his wife in the chest with a .22-caliber rifle, held her in their bedroom, and after an hour shot into a pillow she had placed over her head. The victim "played dead" until Hollis left the house and then obtained assistance from her neighbor. The trial court sentenced Hollis to serve 18 years in confinement followed by 22 years on probation.

In December 2011, Hollis filed a pro se "Motion to Withdraw Plea of Guilty and to Dismiss Entire Case for Court [sic] Failure to Fully Disclose, That this Court Conducting Commercial "Fraud" pursuant to the Uniform Commercial Code (UCC) and the Code of Federal Regulations." In February 2012, the trial court dismissed the portion of his motion as to the withdrawal of the guilty plea, finding that it lacked jurisdiction to allow the plea to be withdrawn because the term of court during which Hollis was sentenced had expired. The court then denied the remainder of Hollis's claims, which included a contention that he was a prisoner of war and that the court, the prosecutor, and his appointed counsel had expatriated themselves and forfeited their citizenship.

Hollis filed a timely notice of appeal to the Supreme Court of Georgia, which transferred the case to this court, where it was docketed on May 14, 2012. Hollis's

brief was due on June 4, 2012. On October 19, 2012, this court issued an order directing Hollis to file his brief within two weeks, and subsequently granted him an extension of time to file his brief by December 10, 2012.

As of the date of this order, Hollis has not filed a brief. Accordingly, this appeal is dismissed. *Whittle v. State*, 210 Ga. App. 841, 842 (437 SE2d 842) (1993); Court of Appeals Rule 7, 13, and 23 (a).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 02/01/2013
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


                                              *, Clerk.*